UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 14-20220-CR-LENARD

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ALI SALEH,

        Defendant.
_____/

## DEFENDANT'S MOTION FOR PERMISSION TO TRAVEL

The Defendant Ali Saleh, through Counsel, respectfully moves for permission to travel throughout the State of Florida and to New Jersey for business purposes only.

1. Since Mr. Saleh's first encounter with FBI agents regarding this investigation, he has been assisting law enforcement.

2. On April 15, 2014, Mr. Saleh was allowed to voluntary surrender to the charges contained in the instant Indictment. Mr. Saleh is presently at liberty on a $100,000 personal surety bond with all of the standard conditions including the surrender of his passport as well as a requirement that he maintain full-time employment.

3. Mr. Saleh is self-employed in a successful beauty supply business which requires him to travel throughout the State of Florida and to the State of New Jersey. In order to maintain his business and provide financial support to his family, Mr. Saleh requests permission to travel, throughout the State of Florida and to the State of New Jersey for business purposes only with the following conditions:

A. **All** travel plans must be provided to his pretrial service officer at least 48 hours in advance of the travel. **All** travel plans are to include the details of where he will be going, for how long, the means of transportation and where he will be staying.

B. Immediately upon his return to the Southern District of Florida he is to notify his pretrial service officer.

C. For travel to and from New Jersey he is to provide his pretrial service officer with all of the details including and, if required by his pretrial service officer, report to the designated U.S. Probation Office in New Jersey to report his arrival and leaving.

D. During any travel out of the Southern District of Florida he is to maintain daily telephone contact with his pretrial service officer.

4. This request has been discussed in detail with Assistant United States Attorney Jerrob Duffy and the FBI agents with whom he has been working have no objection to the requested modifications of his conditions of pretrial release.

        Respectfully submitted,

        MICHAEL CARUSO
        FEDERAL PUBLIC DEFENDER

By:   /s/ Anthony J. Natale
      Anthony J. Natale
      Assistant Federal Public Defender
      Florida Bar # 0296627
      150 West Flagler Street, Suite 1500
      Miami, FL 33130-1555
      Tel: (305) 530-7000/Fax (305) 536-4559
      Anthony_natale@fd.org

CERTIFICATE OF SERVICE

I HEREBY certify that on April 23, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                      */s/ Anthony J. Natale*
                                      Anthony J. Natale