UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 14-20220-CR-LENARD

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ALI SALEH,

        Defendant.
_____/

## SENTENCING MEMORANDUM

The Defendant Ali Saleh, through Counsel, respectfully submits the following Sentencing Memorandum.

### Presentence Investigation Report

Mr. Saleh has reviewed the Presentence Investigation Report with his undersigned counsel and does not raise any objections.

### Substantial Assistance- 5K 1.1

The nature and scope of the immediate and substantial assistance Mr. Saleh provided to law enforcement is evident by the government's filing of a Motion for Reduction of Sentence Pursuant to U.S.S.G. § 5K 1.1 and will be more fully explained at the sentencing hearing. [DE 131].

### 18 U.S.C. 3553 Factors

Mr. Saleh is married and is the father of three children. He is self-employed in a successful business which has been thoroughly investigated by both law enforcement and the author of the PSI report. With the exception of a DUI in 2008, Mr. Saleh has no previous contact with law

enforcement. Given the totality of his background and his demonstrated ability to comply with all the conditions of his pretrial release Mr. Saleh presents a low risk of recidivism.

Mr. Saleh is remorseful, has community and family support and he is highly motivated to atone for his wrongdoing. See attachment A.

These and other factors will be more fully presented at the sentencing hearing so that this Court can impose a sentence which is sufficient but not greater than necessary to achieve all of the sentencing objectives contained in 18 U.S.C. § 3553.

        Respectfully submitted,

        MICHAEL CARUSO
        FEDERAL PUBLIC DEFENDER

By:   /s/ Anthony J. Natale
        Anthony J. Natale
        Assistant Federal Public Defender
        Florida Bar # 0296627
        150 West Flagler Street, Suite 1500
        Miami, FL 33130-1555
        Tel: (305) 530-7000/Fax (305) 536-4559
        Anthony_natale@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY certify that on September 3, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                                         */s/ Anthony J. Natale*
                                                                          Anthony J. Natale